DANIEL A. McKEEVER, Respondent, v. WILLIAM F. SCHWERIN et al., Defendants, and CARL J. HYNES, Appellant. DANIEL A. McKEEVER, Appellant, v. JAMES C. McKEEVER, Respondent, et al., Defendants. DANIEL A. McKEEVER, Appellant, v. WILLIAM F. SCHWERIN et al., Respondents, et al., Defendants.— Judgments and orders affirmed, with costs. All concur, except Taylor, P. J., who dissents and votes for reversal and for granting a new trial as to defendant Hynes on the ground that the finding of negligence in respect to said defendant is against the weight of evidence. (One judgment is in favor of plaintiff against defendant Hynes in an automobile negligence action; one judgment is in favor of defendant McKeever and one judgment is in favor of defendants Schwerin for no cause of action. The orders deny defendant Hynes' motions for a new trial.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [See *post*, p. 941.]

MILLARD MADDEN, Respondent, v. MARJORIE HERRIMAN et al., Appellants.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

FRANKLIN BARRY, as Limited Administrator of the Estate of THOMAS BARRY, Deceased, Respondent, v. DARWIN J. WATERSTRAW, Appellant.— Judgment and order affirmed, with costs. All concur, except Harris, J., who dissents and votes for reversal and for granting a new trial on the ground that the verdict is against the weight of evidence. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

DELPHINE D. SINDEN, Respondent, v. CITY OF OSWEGO, Appellant. GEORGE H. SINDEN, Plaintiff, v. CITY OF OSWEGO, Defendant.— Order affirmed, with $10 costs and disbursements. All concur. (The order grants plaintiff-respondent's motion to correct a notice of claim in a negligence action.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES FARNSWORTH, Appellant, against JOHN F. FOSTER, as Warden of Auburn State Prison, Respondent. — Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and remands relator to the custody of respondent.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

ERNEST BEDINI, Appellant, v. GLIGOR CHRISTO, Respondent.— Order modified by permitting the plaintiff to serve an amended complaint within twenty days after service of a copy of the order with notice of entry thereof, upon payment of $10 costs, and as so modified affirmed, without costs of this appeal to either party. Memorandum: We conclude that, broadly construed, the complaint discloses a cause of action for specific performance of a written agreement of August 21, 1946, to which the Statute of Frauds does not apply. The plaintiff has unnecessarily pleaded a contract partly oral and partly written when, in truth, he has, what appears to be, a complete written contract for the purchase and sale of the property. We determine, therefore, that although this complaint may have been properly dismissed, plaintiff should be permitted to serve an amended pleading, upon the payment of $10 costs. All concur. (The order grants defendant's motion to dismiss plaintiff's complaint in an action to declare the amount of the purchase price to be paid for certain property and to compel specific performance of a contract of purchase on the basis of said amount.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [189 Misc. 377.]